# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1702
_____

LOU MAY RICHARDSON, as
Trustee of the Lou May
Richardson Revocable Trust
Dated April 9, 2022,

    Appellant,

    v.

RONALD ROTHBAUER & JOANN
ROTHBAUER; SUI K. PEPOON;
SAMUEL S. LOWE & NANCY
LOWE; KENNETH R. OLSON;
JOSHUA FALLON; et al.,

    Appellees.

_____

On appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

May 29, 2026

PER CURIAM.

    AFFIRMED.

BILBREY, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Ben Gordon and John A. Libby, Jr., of AnchorsGordon, P.A., Fort Walton Beach, for Appellant.

No appearance for Appellees.